1  ADAM PAUL LAXALT
   Attorney General
2  ERIN L. ALBRIGHT, Bar # 9953
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1257
6  E-mail: ealbright@ag.nv.gov

7  *Attorneys for Defendants*
   *Renee Baker, Harold Byrne,*
8  *Gloria Carpenter, and Dawn Jones*

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11  JARAMIE DEAN WOMACK,                 |  Case No. 3:16-cv-00287-RCJ-VPC
12                         Plaintiff,    |  **STIPULATION AND ORDER OF**
                                         |  **DISMISSAL WITH PREJUDICE**
13  v.
14  ROMEO ARANAS, et al.,
15                         Defendants.

16       Defendants, Renee Baker, Harold Byrne, Gloria Carpenter, and Dawn Jones, by and through

17  counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy

18  Attorney General, and Plaintiff, Jaramie Dean Womack, hereby stipulate to the dismissal of this action

19  with prejudice, with each party to bear their own attorney's fees and costs.

20  DATED this 19 day of May, 2017.        DATED this 5th day of June, 2017.

21                                          OFFICE OF THE ATTORNEY GENERAL
22
23  By: /s/ Jaramie D. Womack              By: /s/ Erin L. Albright
24  Jaramie Dean Womack (#65773)           Erin L. Albright, Bar # 9953
    Plaintiff                              100 N. Carson Street
25                                         Carson City, NV 89701
                                           (775) 684-1257
26                                         ealbright@ag.nv.gov
27                                         Attorneys for Defendants
28

                                    1

# ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice. The Court has examined the Stipulation of Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 27 day of July, 2017.

R. Jones
_____
DISTRICT JUDGE